**James Jon POTTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44626.**

Missouri Court of Appeals,
Western District.

May 12, 1992.

Melinda Kay Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 27.26 (repealed 1988) motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

■

**In the Interest of K.M.L.
(Female Minor).**

**JUVENILE OFFICER, Respondent,**

v.

**J.L. (Natural Mother), Appellant.**

**No. WD 45022.**

Missouri Court of Appeals,
Western District.

May 12, 1992.

Deborah A. Neal, Barnes, Neal & McQueeny, Kansas City, for appellant.

Mary Marquez and Suzanne A. Block, Lisa Schemmer, (Guardian Ad Litem), Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

The judgment is affirmed. Rule 84.16(b).